**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| In Re:<br>**NAJI SALEH MAROUF**<br><br>             **Debtor.** | **Bankruptcy No. 23-40228BEM**<br><br>**Chapter 7** |

## <u>NOTICE OF INTENT TO ABANDON PROPERTY</u>

      NOTICE IS HEREBY given that the Trustee, THOMAS D. RICHARDSON, intends to abandon the below described property and any objections to the abandonment must be filed on or before fourteen (14) days from the date of the mailing of this Notice as shown on the Certificate of Service below. Said objections should state specifically why the property should not be abandoned. Unless a timely objection is filed and a hearing requested, no hearing will be held and the abandonment shall take place and be effective on the date following the period herein described for filing objections without further action by the trustee.

      1.   Potential personal injury claim

Date: July 17, 2023

<u>s/Thomas D. Richardson</u>
Thomas D. Richardson
Chapter 7 Trustee
P.O. Box 5007
Rome, GA 30162-5007
(706) 291-8853

1204708

## CERTIFICATE OF SERVICE

I, THOMAS D. RICHARDSON, of Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, do hereby certify that I am Trustee in bankruptcy for the estate of Naji Saleh Marouf, and that I have this day served a copy of the within and foregoing Notice of Proposed Abandonment or Disposition of Property by U. S. Mail in properly addressed postage pre-paid envelopes as follows:

Naji Saleh Marouf
1914 Tara Place
Dalton, GA 30720-5035

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S. Thornton Avenue
Dalton, GA 30720

U. S. Department of Justice
Offices of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303

This 17th day of July, 2023.

BRINSON, ASKEW, BERRY,
SEIGLER, RICHARDSON & DAVIS, LLP


s/Thomas D. Richardson
Thomas D. Richardson
Georgia Bar No. 604313
Attorneys for Trustee in bankruptcy for the
estate of Naji Saleh Marouf

1204708